UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION at COVINGTON

CIVIL ACTION NO. 07-47-KKC

MARILYN REINSTATLER,                                                                                PLAINTIFF

v.        <u>**ORDER ADOPTING**</u>
          <u>**MAGISTRATE JUDGE'S REPORT**</u>
          <u>**AND RECOMMENDATION**</u>

MICHAEL J. ASTRUE,
Commissioner of Social Security,                                                                    DEFENDANT

\* \* \* \* \* \* \* \*

This matter is before the Court on the parties' motions for summary judgment [R.13 and R.14] and the Magistrate Judge's Report and Recommendation [R.16]. The Report and Recommendation, which recommended granting the Defendant's motion and denying the Plaintiff's motion, was issued on October 26, 2007. The Plaintiff has filed no objections to the Report and Recommendation within the stated ten-day period of time. As such, the Report and Recommendation is adopted by the Court in full.

WHEREFORE, the Court being sufficiently advised:

1.    The Plaintiff's Motion for Summary Judgment is DENIED; and

2.    The Defendant's Motion for Summary Judgment is GRANTED.

This 27th day of November, 2007.



Signed By:

<u>*Karen K. Caldwell*</u>   *KKC*

**United States District Judge**